IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ORANGE COUNTY SCHOOL BOARD,

      Appellant,

 v.                                           Case No.  5D21-2607
                                             LT Case No. CA-2018-050

ORANGE COUNTY CLASSROOM
TEACHERS ASSOCIATION,

      Appellee.

_____/

Decision filed June 21, 2022

Administrative Appeal from the
Public Employees Relations
Commission.

John C. Palmerini, Deputy General
Counsel, of Orange County School
Board, Orlando, for Appellant.

Tobe M. Lev, of Egan, Lev & Siwica,
P.A., of Orlando, for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EVANDER and TRAVER, JJ., concur.